**Order filed September 27, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00577-CV
_____

### DAVID JOYNER, ET AL., Appellant

### V.

### JUDGE GEORGE POWELL, ET AL., Appellee

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2018-05781**

## O R D E R

Appellant's brief was due September 4, 2018. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **October 12, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM